UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIA FRASER,

            Plaintiffs,

    v.

TEAM HEALTH HOLDINGS, INC.,

            Defendants.

Case No.  20-cv-04600-SBA

**ORDER OF RECUSAL**

     I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section D.2 of the Assignment Plan of this Court.  All pending dates are hereby vacated and are to be reset by the newly assigned Judge.

     **IT IS SO ORDERED**.

Dated: July 15, 2020

Saundra Brown Armstrong
U.S. Senior District Judge

United States District Court
Northern District of California