Steve W. Berman (*pro hac vice* forthcoming)
Craig R. Spiegel (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
craigs@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Brian J. Shearer (*pro hac vice* forthcoming)
Craig L. Briskin (*pro hac vice* forthcoming)
JUSTICE CATALYST LAW, INC.
718 7th Street NW
Washington, DC 20001
bshearer@justicecatalyst.org
cbriskin@justicecatalyst.org
Telephone: (202) 524-8846

*Attorneys for Plaintiff Sia Fraser, individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIA FRASER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC.<br><br>Defendant. | No. 4:20-cv-04600-JSW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER CIVIL LOCAL RULE 3-15** |

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2 | named parties and plaintiff Sia Fraser, there is no such interest to report.

Dated: July 17, 2020

Respectfully submitted,

By */s/ Ben M. Harrington*
   Ben M. Harrington (313877)
Rio S. Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com
Email: riop@hbsslaw.com

Steve W. Berman (*pro hac vice* forthcoming)
Craig R. Spiegel (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
craigs@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Hannah Brennan (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
hannahb@hbsslaw.com
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Brian Shearer (*pro hac vice* forthcoming)
Craig L. Briskin (*pro hac vice* forthcoming)
JUSTICE CATALYST LAW
718 7th Street NW
Washington, DC 20001
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org
Telephone: (202) 524-8846

L.R. 3-15 CERTIFICATION - 1
Case No.: 4:20-cv-04600-JSW
010898-11/1327798 V1