Steve W. Berman (*pro hac vice* forthcoming)
Craig R. Spiegel (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
craigs@hbsslaw.com
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

Brian J. Shearer (*pro hac vice* forthcoming)
Craig L. Briskin (*pro hac vice* forthcoming)
JUSTICE CATALYST LAW, INC.
718 7th Street NW
Washington, DC 20001
bshearer@justicecatalyst.org
cbriskin@justicecatalyst.org
Telephone: (202) 524-8846

*Attorneys for Plaintiff Sia Fraser, individually
and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIA FRASER, individually and on behalf of all others similarly situated, | No. 4:20-cv-04600-JSW |
| Plaintiff, | **NOTICE OF APPEARANCE OF CRAIG R. SPIEGEL** |
| v. | |
| TEAM HEALTH HOLDINGS, INC. | |
| Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Craig R. Spiegel of the law firm Hagens Berman Sobol

Shapiro LLP hereby enters his appearance in this action on behalf of Plaintiff.


Dated: July 17, 2020

Respectfully submitted,

By */s/ Craig R. Spiegel*
    Craig R. Spiegel (122000)
Steve W. Berman (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
craigs@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Ben M. Harrington (313877)
Rio S. Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com
Email: riop@hbsslaw.com

Hannah Brennan (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
hannahb@hbsslaw.com
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Brian Shearer (*pro hac vice* forthcoming)
Craig L. Briskin (*pro hac vice* forthcoming)
JUSTICE CATALYST LAW
718 7th Street NW
Washington, DC 20001
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org
Telephone: (202) 524-8846