# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SIA FRASER

    Plaintiff(s),

v.

TEAM HEALTH HOLDINGS, INC.

    Defendant(s).

Case No: 4:20-cv-04600-J

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Steve W. Berman, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Sia Fraser in the above-entitled action. My local co-counsel in this case is Ben M. Harrington, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 | 715 Hearst Avenue, Suite 202<br>Berkeley, California 94710 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (206) 623-7292 | (510) 725-3000 |
| My email address of record: | Local co-counsel's email address of record: |
| steve@hbsslaw.com | benh@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 12536.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/17/20

                    Steve W. Berman
                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steve W. Berman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 20, 2020

                    */s/ Jeffrey S. White*
                  UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE