# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SIA FRASER )
                                       Plaintiff(s), )

Case No: 4:20-cv-04600-J

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

       v. )

TEAM HEALTH HOLDINGS, INC. )
                                    Defendant(s). )

I, Hannah Brennan , an active member in good standing of the bar of Massachusetts , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Sia Fraser in the above-entitled action. My local co-counsel in this case is Ben M. Harrington , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142 | 715 Hearst Avenue, Suite 202<br>Berkeley, California 94710 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 482-3700 | (510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| hannahb@hbsslaw.com | benh@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 688179 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/30/20

                                  Hannah Brennan
                                      APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Hannah Brennan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

## District of Massachusetts

**CERTIFICATE OF**
**GOOD STANDING**

I, *Robert M. Farrell,* Clerk of this Court, certify that **Hannah W. Brennan,** Bar **688179,** was duly admitted to practice in this Court on **February 14, 2017,** and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **July 15, 2020**



**Robert M. Farrell**

**CLERK**