1  Carol Lynn Thompson (SBN 148079)
   cthompson@sidley.com
2  Jaime A. Bartlett (SBN 251825)
   jbartlett@sidley.com
3  Matthew P. Henry (SBN 308878)
   mhenry@sidley.com
4  Chelsea Davis (SBN 330968)
   chelsea.davis@sidley.com
5  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
6  San Francisco, CA 94104
   Telephone: (415) 772-1200
7  Facsimile: (415) 772-7400

8  Mark B. Blocker (*Pro Hac Vice Pending*)
   mblocker@sidley.com
9  SIDLEY AUSTIN LLP
   One South Dearborn
10 Chicago, IL 60603
   Telephone: (312) 853-7000
11 Facsimile: (312) 853-7436

12 *Attorneys for Defendant
   Team Health Holdings, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| SIA FRASER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC.,<br><br>Defendant. | Civil Action No. 20-cv-04600-JSW<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE FOR CAROL LYNN THOMPSON**<br><br>Assigned to Hon. Jeffrey S. White<br><br>**JURY TRIAL DEMANDED** |

PLEASE TAKE NOTICE that the following attorney from Sidley Austin LLP hereby files this Notice of Appearance in the above-captioned case on behalf of Defendant Team Health Holdings, Inc.  All pleadings, motions, discovery, and other material should be served upon counsel at the following address:

>Carol Lynn Thompson
>cthompson@sidley.com
>SIDLEY AUSTIN LLP
>555 California Street, Suite 2000
>San Francisco, CA 94104
>Telephone: (415) 772-1200
>Facsimile: (415) 772-7400

Respectfully submitted,

Dated: August 13, 2020        */s/ Carol Lynn Thompson*

Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chelsea Davis (SBN 330968)
chelsea.davis@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (*Pro Hac Vice Pending*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendant
Team Health Holdings, Inc.*