| | |
|---|---|
| 1 | Carol Lynn Thompson (SBN 148079)<br>cthompson@sidley.com |
| 2 | Jaime A. Bartlett (SBN 251825)<br>jbartlett@sidley.com |
| 3 | Matthew P. Henry (SBN 308878)<br>mhenry@sidley.com |
| 4 | Chelsea Davis (SBN 330968)<br>chelsea.davis@sidley.com |
| 5 | SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000 |
| 6 | San Francisco, CA 94104<br>Telephone: (415) 772-1200 |
| 7 | Facsimile: (415) 772-7400 |
| 8 | Mark B. Blocker (*Pro Hac Vice Pending*)<br>mblocker@sidley.com |
| 9 | SIDLEY AUSTIN LLP<br>One South Dearborn |
| 10 | Chicago, IL 60603<br>Telephone: (312) 853-7000 |
| 11 | Facsimile: (312) 853-7436 |
| 12 | *Attorneys for Defendant*<br>*Team Health Holdings, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| SIA FRASER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC.,<br><br>Defendant. | Civil Action No. 20-cv-04600-JSW<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE FOR JAIME A. BARTLETT**<br><br>Assigned to Hon. Jeffrey S. White<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that the following attorney from Sidley Austin LLP hereby files |
| 2 | this Notice of Appearance in the above-captioned case on behalf of Defendant Team Health |
| 3 | Holdings, Inc.  All pleadings, motions, discovery, and other material should be served upon counsel |
| 4 | at the following address: |

Jaime A. Bartlett<br>
jbartlett@sidley.com<br>
SIDLEY AUSTIN LLP<br>
555 California Street, Suite 2000<br>
San Francisco, CA 94104<br>
Telephone: (415) 772-1200<br>
Facsimile: (415) 772-7400

Respectfully submitted,

Dated: August 13, 2020              */s/ Jaime A. Bartlett*

                                    Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chelsea Davis (SBN 330968)
chelsea.davis@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (*Pro Hac Vice Pending*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendant*
*Team Health Holdings, Inc.*