1  Carol Lynn Thompson (SBN 148079)
   cthompson@sidley.com
2  Jaime A. Bartlett (SBN 251825)
   jbartlett@sidley.com
3  Matthew P. Henry (SBN 308878)
   mhenry@sidley.com
4  Chelsea Davis (SBN 330968)
   chelsea.davis@sidley.com
5  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
6  San Francisco, CA 94104
   Telephone: (415) 772-1200
7  Facsimile: (415) 772-7400

8  Mark B. Blocker (*Pro Hac Vice Pending)*
   mblocker@sidley.com
9  SIDLEY AUSTIN LLP
   One South Dearborn
10 Chicago, IL 60603
   Telephone: (312) 853-7000
11 Facsimile: (312) 853-7436

12 *Attorneys for Defendant*
   *Team Health Holdings, Inc.*
13

14               UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                           OAKLAND

17 SIA FRASER, individually and on behalf of all        Civil Action No.  20-cv-04600-JSW
   others similarly situated,
18                                                       CLASS ACTION
                              Plaintiff,
19                                                       **NOTICE OF APPEARANCE FOR
                                                         CHELSEA DAVIS**
20        v.
                                                         Assigned to Hon. Jeffrey S. White
21 TEAM HEALTH HOLDINGS, INC.,
                                                         **JURY TRIAL DEMANDED**
                              Defendant.
22

23

24

25

26

27

28

PLEASE TAKE NOTICE that the following attorney from Sidley Austin LLP hereby files this Notice of Appearance in the above-captioned case on behalf of Defendant Team Health Holdings, Inc.  All pleadings, motions, discovery, and other material should be served upon counsel at the following address:

Chelsea Davis
chelsea.davis@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Respectfully submitted,

Dated: August 13, 2020

*/s/ Chelsea Davis*

Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chelsea Davis (SBN 330968)
chelsea.davis@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (*Pro Hac Vice Pending*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendant*
*Team Health Holdings, Inc.*

NOTICE OF APPEARANCE FOR CHELSEA DAVIS,
CASE NO. 20-CV-04600-JSW