Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chelsea Davis (SBN 330968)
chelsea.davis@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (*Pro Hac Vice Pending*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendant*
*Team Health Holdings, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| SIA FRASER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC.,<br><br>Defendant. | Civil Action No. 20-cv-04600-JSW<br><br><u>CLASS ACTION</u><br><br>**DEFENDANT TEAM HEALTH HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PARTIES PURSUANT TO L.R. 3-15**<br><br>Assigned to Hon. Jeffrey S. White<br><br>**JURY TRIAL DEMANDED** |

Defendant Team Health Holdings, Inc., by and through their undersigned counsel, state the following:

1. Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Team Health Holdings, Inc. is a wholly-owned subsidiary of Tennessee Parent, Inc.  Tennessee Parent, Inc. is not a publicly traded corporation, and no other publicly held corporation holds more than 10% of Team Health Holdings, Inc.'s stock or shares.

2. Pursuant to Civil L.R. 3-15, the undersigned certifies that the persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) that have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) that have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding are:  Tennessee Parent, Inc., Team Health Holdings, Inc.'s parent company.

Respectfully submitted,

Dated: August 13, 2020

*/s/ Carol Lynn Thompson*

Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chelsea Davis (SBN 330968)
chelsea.davis@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (*Pro Hac Vice Pending)*
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendant*
*Team Health Holdings, Inc.*