1 Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
2 Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
3 Matthew P. Henry (SBN 308878)
mhenry@sidley.com
4 Chelsea Davis (SBN 330968)
chelsea.davis@sidley.com
5 SIDLEY AUSTIN LLP
555 California Street, Suite 2000
6 San Francisco, CA 94104
Telephone: (415) 772-1200
7 Facsimile: (415) 772-7400

8 Mark B. Blocker (*Pro Hac Vice Pending*)
mblocker@sidley.com
9 SIDLEY AUSTIN LLP
One South Dearborn
10 Chicago, IL 60603
Telephone: (312) 853-7000
11 Facsimile: (312) 853-7436

12 *Attorneys for Defendant*
*Team Health Holdings, Inc.*

14 UNITED STATES DISTRICT COURT

15 NORTHERN DISTRICT OF CALIFORNIA

16 OAKLAND

| | |
|---|---|
| SIA FRASER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC.,<br><br>Defendant. | Civil Action No. 20-cv-04600-JSW<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT AND BRIEFING SCHEDULE**<br><br>Assigned to Hon. Jeffrey S. White<br><br>**JURY TRIAL DEMANDED** |

STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT AND
BRIEFING SCHEDULE
20-CV-04600-JSW

Plaintiff Sia Fraser ("Plaintiff"), on behalf of herself and all others similarly situated, and defendant Team Health Holdings, Inc. ("Defendant") hereby stipulate and agree as follows:

**WHEREAS**, on July 10, 2020 Plaintiff filed her complaint against Defendant asserting claims for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C § 1961, *et seq.*, the California Unfair Competition Law of California Business and Professions Code ("UCL"), § 17200, *et seq.*, and the California Legal Remedies Act ("CLRA"), California Civil Code § 1750, *et seq.*;

**WHEREAS**, on July 20, 2020 Plaintiff served upon Defendant the Summons and Complaint;

**WHEREAS**, the parties have met and conferred and agreed on a proposed schedule for Defendant's time to respond to the Complaint:

**IT IS THEREFORE STIPULATED AND AGREED** that, subject to the Court's approval:

1. Defendant shall respond to the Complaint by motion or otherwise on or before Friday, September 25, 2020; and
2. If Defendant files a motion in response to the Complaint, Plaintiff shall file her opposition on or before Friday, November 13, 2020, and Defendant shall file its reply on or before Friday, December 4, 2020.

DATED: August 13, 2020     SIDLEY AUSTIN LLP

*/s/ Carol Lynn Thompson*
Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chelsea Davis (SBN 330968)
chelsea.davis@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (*Pro Hac Vice Pending*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendant*
*Team Health Holdings, Inc.*

DATED August 13, 2020         HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Ben. M. Harrington*

Ben M. Harrington
715 Hearst Ave., Suite 202
Berkley, CA 94710
benh@hbsslaw.com
Telephone: 510-725-3000
Facsimile: 510-725-3001

Steve W. Berman (*admitted pro hac vice*)
Craig R. Spiegel (SBN 122000)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
craigs@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594


JUSTICE CATALYST LAW, INC.
Brian J. Shearer (*pro hac vice forthcoming*)
Craig L. Briskin (*pro hac vice forthcoming*)
718 7th Street NW
Washington, DC 20001
bshearer@justicecatalyst.org
cbriskin@justicecatalyst.org
Telephone: (202) 524-8846

*Attorneys for Plaintiff Sia Fraser, individually*
*and on behalf of all others similarly situated.*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

Dated: _____, 2020        _____

                                           Hon Jeffrey S. White
                                           United States District Judge

## **ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 13, 2020                                         */s/ Carol Lynn Thompson*
                                                                              Carol Lynn Thompson