|   |   |   |
|---|---|---|
| 1 | Carol Lynn Thompson (SBN 148079) | |
|   | cthompson@sidley.com | |
| 2 | Jaime A. Bartlett (SBN 251825) | |
|   | jbartlett@sidley.com | |
| 3 | Matthew P. Henry (SBN 308878) | |
|   | mhenry@sidley.com | |
| 4 | Chelsea Davis (SBN 330968) | |
|   | chelsea.davis@sidley.com | |
| 5 | SIDLEY AUSTIN LLP | |
|   | 555 California Street, Suite 2000 | |
| 6 | San Francisco, CA 94104 | |
|   | Telephone: (415) 772-1200 | |
| 7 | Facsimile: (415) 772-7400 | |
| 8 | Mark B. Blocker (*Pro Hac Vice Pending*) | |
|   | mblocker@sidley.com | |
| 9 | SIDLEY AUSTIN LLP | |
|   | One South Dearborn | |
| 10 | Chicago, IL 60603 | |
|   | Telephone: (312) 853-7000 | |
| 11 | Facsimile: (312) 853-7436 | |
| 12 | *Attorneys for Defendant* | |
|   | *Team Health Holdings, Inc.* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| SIA FRASER, individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-04600-JSW |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT AND BRIEFING SCHEDULE** AS MODIFIED HEREIN |
| TEAM HEALTH HOLDINGS, INC., | |
| Defendant. | Assigned to Hon. Jeffrey S. White |
| | **JURY TRIAL DEMANDED** |

STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT AND
BRIEFING SCHEDULE
20-CV-04600-JSW

Plaintiff Sia Fraser ("Plaintiff"), on behalf of herself and all others similarly situated, and defendant Team Health Holdings, Inc. ("Defendant") hereby stipulate and agree as follows:

**WHEREAS**, on July 10, 2020 Plaintiff filed her complaint against Defendant asserting claims for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C § 1961, *et seq.*, the California Unfair Competition Law of California Business and Professions Code ("UCL"),  § 17200, *et seq.*, and the California Legal Remedies Act ("CLRA"), California Civil Code § 1750, *et seq.*;

**WHEREAS**, on July 20, 2020 Plaintiff served upon Defendant the Summons and Complaint;

**WHEREAS**, the parties have met and conferred and agreed on a proposed schedule for Defendant's time to respond to the Complaint:

**IT IS THEREFORE STIPULATED AND AGREED** that, subject to the Court's approval:

1. Defendant shall respond to the Complaint by motion or otherwise on or before Friday, September 25, 2020; and

2. If Defendant files a motion in response to the Complaint, Plaintiff shall file her opposition on or before Friday, November 13, 2020, and Defendant shall file its reply on or before Friday, December 4, 2020.

DATED: August 13, 2020          SIDLEY AUSTIN LLP

                                */s/ Carol Lynn Thompson*
                                Carol Lynn Thompson (SBN 148079)
                                cthompson@sidley.com
                                Jaime A. Bartlett (SBN 251825)
                                jbartlett@sidley.com
                                Matthew P. Henry (SBN 308878)
                                mhenry@sidley.com
                                Chelsea Davis (SBN 330968)
                                chelsea.davis@sidley.com
                                SIDLEY AUSTIN LLP
                                555 California Street, Suite 2000
                                San Francisco, CA 94104
                                Telephone: (415) 772-1200
                                Facsimile: (415) 772-7400

|   |   |
|---|---|
|   | Mark B. Blocker (*Pro Hac Vice Pending*) |
|   | mblocker@sidley.com |
|   | SIDLEY AUSTIN LLP |
|   | One South Dearborn |
|   | Chicago, IL 60603 |
|   | Telephone: (312) 853-7000 |
|   | Facsimile: (312) 853-7436 |
|   |   |
|   | *Attorneys for Defendant* |
|   | *Team Health Holdings, Inc.* |
|   |   |
| DATED August 13, 2020 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   |   |
|   | */s/ Ben. M. Harrington* |
|   |   |
|   | Ben M. Harrington |
|   | 715 Hearst Ave., Suite 202 |
|   | Berkley, CA 94710 |
|   | benh@hbsslaw.com |
|   | Telephone: 510-725-3000 |
|   | Facsimile: 510-725-3001 |
|   |   |
|   | Steve W. Berman (*admitted pro hac vice*) |
|   | Craig R. Spiegel (SBN 122000) |
|   | 1301 Second Avenue, Suite 2000 |
|   | Seattle, WA 98101 |
|   | steve@hbsslaw.com |
|   | craigs@hbsslaw.com |
|   | Telephone: (206) 623-7292 |
|   | Facsimile: (206) 623-0594 |
|   |   |
|   | JUSTICE CATALYST LAW, INC. |
|   | Brian J. Shearer (*pro hac vice forthcoming*) |
|   | Craig L. Briskin (*pro hac vice forthcoming*) |
|   | 718 7th Street NW |
|   | Washington, DC 20001 |
|   | bshearer@justicecatalyst.org |
|   | cbriskin@justicecatalyst.org |
|   | Telephone: (202) 524-8846 |
|   |   |
|   | *Attorneys for Plaintiff Sia Fraser, individually and on behalf of all others similarly situated.* |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:** If Defendant moves to dismiss, it shall notice the motion on an open and available date for hearing on or after January 8, 2021.

Dated: August 13, 2020

_____
Hon. Jeffrey S. White
United States District Judge