Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (*Pro Hac Vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendant*
*Team Health Holdings, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| SIA FRASER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC.,<br><br>Defendant. | Civil Action No.  4:20-cv-04600-JSW<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Assigned to Hon. Jeffrey S. White<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Civil L.R. 7-12, Plaintiff Sia Fraser ("Plaintiff") and Defendant Team Health Holdings, Inc. ("Defendant") submit the following Stipulation and Proposed Order:

WHEREAS:

1. On July 10, 2020, Plaintiff filed a Class Action Complaint (ECF No. 1) against Defendant asserting claims for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C § 1961, *et seq.*, the California Unfair Competition Law of California Business and Professions Code, § 17200, *et seq.*, and the California Legal Remedies Act, California Civil Code § 1750, *et seq.*

2. Defendant's motion to dismiss is due on September 25, 2020, pursuant to the parties' stipulation and the Court's August 13, 2020 Order (ECF No. 27).

3. Although Civil Local Rules 7-2 and 7-3 allow for the filing of briefs up to 25 pages in length, this Court's Standing order limits briefs on motions to dismiss to 15 pages.

4. The complaint contains 166 paragraphs over 30 pages.  Plaintiff brings a nationwide class action complaint with California sub-classes.

5. The parties have met and conferred, and believe that in light of the length of the complaint, the nature of the class action, and the complexity of RICO claims, it will be helpful for the parties and the Court to permit Defendant to file an opening brief of up to 20 pages and Plaintiff to file an opposition brief of up to 20 pages (with these page limitations to be exclusive of title pages, tables and summaries of argument).

IT IS THEREFORE STIPULATED AND AGREED by the parties that, subject to the Court's approval, the page limits for the briefing on Defendant's motion to dismiss should be as follows:

(a) Defendant may file a memorandum in support of their motion to dismiss of no more than 20 pages;

(b) Plaintiff may filed an opposition to Defendant's motion to dismiss of no more than 20 pages;

(c) Defendants may file a reply brief that conforms with paragraph 7 of this Court's Civil Standing Order.

Respectfully submitted,

Dated: September 18, 2020

*/s/ Carol Lynn Thompson*
Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (*Pro Hac Vice Pending*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendant*
*Team Health Holdings, Inc.*

Dated: September 18, 2020

*/s/ Steve W. Berman*
Steve W. Berman (admitted pro hac vice)
Craig R. Spiegel (SBN 122000)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
craigs@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Ben M. Harrington (SBN 313877)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
benh@hbsslaw.com
Telephone: 510-725-3000
Facsimile: 510-725-3001

JUSTICE CATALYST LAW, INC.
Brian J. Shearer (pro hac vice forthcoming)
Craig L. Briskin (pro hac vice forthcoming)
718 7th Street NW
Washington, DC 20001
bshearer@justicecatalyst.org
cbriskin@justicecatalyst.org
Telephone: (202) 524-8846

*Attorneys for Plaintiff Sia Fraser, individually and on behalf of all others similarly situated.*

**ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 18, 2020           */s/ Carol Lynn Thompson*
                                                              Carol Lynn Thompson

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2020            _____
                                                Hon Jeffrey S. White
                                                United States District Judge