Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (*Pro Hac Vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendant*
*Team Health Holdings, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| SIA FRASER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC.,<br><br>Defendant. | Civil Action No. 4:20-cv-04600-JSW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED HEREIN<br><br>Assigned to Hon. Jeffrey S. White<br><br>**JURY TRIAL DEMANDED** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE, CASE NO. 4:20-CV-04600-JSW

Plaintiff Sia Fraser ("Plaintiff") and Defendant Team Health Holdings, Inc. ("Defendant") hereby stipulate and agree as follows:

**WHEREAS:**

1. On July 10, 2020, Plaintiff filed a Class Action Complaint (ECF No. 1) against Defendant asserting claims for violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C § 1961, *et seq.*, the California Unfair Competition Law of California Business and Professions Code, § 17200, *et seq.*, and the California Legal Remedies Act, California Civil Code § 1750, *et seq.*

2. The Court set a Case Management Conference in this matter for October 9, 2020, at 11:00 A.M. (ECF No. 11).

3. Defendant intends to move to dismiss. The deadline for Defendant to file its Motion to Dismiss is September 25, 2020, pursuant to the parties' stipulated briefing schedule and the Court's August 13, 2020 Order (ECF No. 27).

4. The parties anticipate requesting a hearing on the Motion to Dismiss. The Court's August 13, 2020 Order provides that, if Defendant moves to dismiss, the Court shall notice the motion on an open and available date for hearing on or after January 8, 2021 (ECF No. 27).

5. The parties agree that the interests of judicial economy and the efficient management of the case are best served by scheduling the Case Management Conference for the same date as the hearing on the Motion to Dismiss.

**IT IS THEREFORE STIPULATED AND AGREED** by the parties that, subject to the Court's approval:

The Case Management Conference previously set for October 9, 2020, at 11:00 A.M., and all deadlines associated therewith shall be vacated, and the Case Management Conference shall be reset to take place concurrently with the hearing on Defendant's Motion to Dismiss.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: September 18, 2020 | */s/ Carol Lynn Thompson* |
| 3 |  | Carol Lynn Thompson (SBN 148079) |
|   |  | cthompson@sidley.com |
| 4 |  | Jaime A. Bartlett (SBN 251825) |
|   |  | jbartlett@sidley.com |
| 5 |  | Matthew P. Henry (SBN 308878) |
|   |  | mhenry@sidley.com |
| 6 |  | SIDLEY AUSTIN LLP |
| 7 |  | 555 California Street, Suite 2000 |
|   |  | San Francisco, CA 94104 |
| 8 |  | Telephone: (415) 772-1200 |
|   |  | Facsimile: (415) 772-7400 |

Respectfully submitted,

Dated: September 18, 2020

*/s/ Carol Lynn Thompson*
Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (*Pro Hac Vice Pending*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendant*
*Team Health Holdings, Inc.*

Dated: September 18, 2020

*/s/ Steve W. Berman*
Steve W. Berman (admitted pro hac vice)
Craig R. Spiegel (SBN 122000)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
craigs@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Ben M. Harrington (SBN 313877)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
benh@hbsslaw.com
Telephone: 510-725-3000
Facsimile: 510-725-3001

JUSTICE CATALYST LAW, INC.
Brian J. Shearer (pro hac vice forthcoming)
Craig L. Briskin (pro hac vice forthcoming)
718 7th Street NW
Washington, DC 20001

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE, CASE NO. 4:20-CV-04600-JSW

| | |
|---|---|
| 1 | bshearer@justicecatalyst.org |
| 2 | cbriskin@justicecatalyst.org<br>Telephone: (202) 524-8846 |
| 3 | |
| 4 | *Attorneys for Plaintiff Sia Fraser, individually and on behalf of all others similarly situated.* |

**ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 18, 2020  /s/ *Carol Lynn Thompson*

Carol Lynn Thompson

# [PROPOSED] ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**, with the modification that the Court VACATES the initial case management conference, which shall be rescheduled as needed after the Court resolves the anticipated motion to dismiss.

Dated: September 18, 2020

_____
Hon Jeffrey S. White
United States District Judge