Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (admitted *pro hac vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendants Team Health Holdings, Inc., AmeriTeam Services, LLC, TeamHealth Inc. n/k/a Team Health, LLC, and HCFS Health Care Financial Services, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| SIA FRASER, TRICIA BAKONYI, GABRIELLE DIBELLA, and KATJA FIUME, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, TEAMHEALTH, INC. n/k/a TEAM HEALTH, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC,<br><br>Defendants. | Civil Action No. 4:20-cv-04600-JSW<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO AMENDED COMPLAINT AND BRIEFING SCHEDULE**<br><br>Assigned to Hon. Jeffrey S. White<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Sia Fraser, Tricia Bakonyi, Gabrielle DiBella, and Katja Fiume ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendants Team Health Holdings, Inc., AmeriTeam Services, LLC, TeamHealth Inc. n/k/a Team Health, LLC, and HCFS Health Care Financial Services, LLC ("Defendants") hereby stipulate and agree as follows:

**WHEREAS**, on July 10, 2020, Plaintiff Sia Fraser ("Fraser") filed her Complaint against Defendant Team Health Holdings, Inc. ("Holdings") asserting claims for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C § 1961, *et seq.*, the California Unfair Competition Law of California Business and Professions Code ("UCL"), § 17200, *et seq.*, and the California Legal Remedies Act ("CLRA"), California Civil Code § 1750, *et seq.* (ECF No. 1);

**WHEREAS**, on July 20, 2020, Fraser served upon Holdings the Summons and Complaint (ECF No. 16);

**WHEREAS**, on August 13, 2020, pursuant to the parties' stipulation, the Court ordered that Holdings respond to the Complaint by motion or otherwise on or before September 25, 2020 (ECF No. 27);

**WHEREAS**, on September 18, 2020, pursuant to the parties' stipulation, the Court granted an extension of the page limit for Holdings' memorandum in support of its Motion to Dismiss to no more than 20 pages and for Fraser's opposition to the Motion to Dismiss to no more than 20 pages (ECF No. 31);

**WHEREAS**, on September 25, 2020, Holdings filed its Motion to Dismiss, which was scheduled to be heard on January 8, 2021 (ECF No. 33);

**WHEREAS**, on October 16, 2020, Plaintiffs filed their Amended Complaint against Defendants, adding new defendants AmeriTeam Services, LLC, TeamHealth Inc. n/k/a Team Health, LLC, and HCFS Health Care Financial Services, LLC, and asserting claims for violations of RICO, 18 U.S.C § 1961, *et seq.*, UCL § 17200, *et seq.*, CLRA § 1750, *et seq.*, the Texas Deceptive Trade Practices Act, Texas Business and Commerce Code § 17.41, *et seq.*, and the New York General Business Law §§ 349-350 (ECF No. 38);

1   **WHEREAS**, on October 19, 2020, Plaintiffs requested and the new defendants agreed to
2   waive service of the Summons and Amended Complaint, making the deadline for the new
3   defendants to respond December 18, 2020;

4   **WHEREAS**, the parties have met and conferred and agree that it would be more efficient for
5   all Defendants to have the same deadline to respond to the Amended Complaint:

6   **IT IS THEREFORE STIPULATED AND AGREED** that, subject to the Court's approval:

7   (a) The deadline for all Defendants, including Team Health Holdings, Inc., to respond to the
8   Amended Complaint, by motion or otherwise, shall be Friday, December 18, 2020;

9   (b) If Defendants file a motion in response to the Amended Complaint, Plaintiffs shall file
10  their opposition on or before Monday, February 1, 2021, and Defendants shall file their reply on or
11  before Thursday, February 25, 2021;

12  (b) Defendants may file a memorandum in support of their Motion to Dismiss Plaintiffs'
13  Amended Complaint of no more than 20 pages;

14  (c) Plaintiffs may file an opposition to Defendants' Motion to Dismiss of no more than 20
15  pages;

16  (d) Defendants may file a reply brief that conforms with paragraph 7 of this Court's Civil
17  Standing Order.

18

19                                    Respectfully submitted,

20  Dated: October 27, 2020            */s/ Carol Lynn Thompson*
21                                     Carol Lynn Thompson (SBN 148079)
                                       cthompson@sidley.com
22                                     Jaime A. Bartlett (SBN 251825)
                                       jbartlett@sidley.com
23                                     Matthew P. Henry (SBN 308878)
                                       mhenry@sidley.com
24                                     SIDLEY AUSTIN LLP
                                       555 California Street, Suite 2000
25                                     San Francisco, CA 94104
26                                     Telephone: (415) 772-1200
                                       Facsimile: (415) 772-7400
27
28
                                       2

Mark B. Blocker (admitted *pro hac vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendants Team Health Holdings, Inc., AmeriTeam Services, LLC, TeamHealth Inc. n/k/a Team Health, LLC, and HCFS Health Care Financial Services, LLC*

Dated: October 27, 2020

*/s/ Ben M. Harrington*
Ben M. Harrington (SBN 313877)
Rio S. Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
benh@hbsslaw.com
riop@hbsslaw.com
Telephone: 510-725-3000
Facsimile: 510-725-3001

Steve W. Berman (admitted *pro hac vice*)
Craig R. Spiegel (SBN 122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
craigs@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Hannah Brennan (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
hannahb@hbsslaw.com
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Benjamin Elga (*pro hac vice* forthcoming)
Brian J. Shearer (*pro hac vice* forthcoming)
Craig L. Briskin (*pro hac vice* forthcoming)
JUSTICE CATALYST LAW, INC.
81 Prospect Street

3
STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO AMENDED
COMPLAINT AND BRIEFING SCHEDULE
CASE NO. 4:20-CV-04600-JSW

Brooklyn, NY 11201
belga@justicecatalyst.org
bshearer@justicecatalyst.org
cbriskin@justicecatalyst.org
Telephone: (202) 524-8846

*Attorneys for Plaintiffs Sia Fraser, Tricia Bakonyi, Gabrielle DiBella, and Katja Fiume, individually and on behalf of all others similarly situated.*

**ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 27, 2020                     /s/ *Carol Lynn Thompson*
                                            Carol Lynn Thompson

5
STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO AMENDED
COMPLAINT AND BRIEFING SCHEDULE
CASE NO. 4:20-CV-04600-JSW

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2020            _____
                                            Hon Jeffrey S. White
                                            United States District Judge