| | |
|---|---|
| Carol Lynn Thompson (SBN 148079)<br>cthompson@sidley.com<br>Jaime A. Bartlett (SBN 251825)<br>jbartlett@sidley.com<br>Matthew P. Henry (SBN 308878)<br>mhenry@sidley.com<br>Jennifer H. Lee (SBN 329079)<br>jhlee@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400 | Mark B. Blocker (admitted *pro hac vice*)<br>mblocker@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7436 |

*Attorneys for Defendants Team Health Holdings, Inc., AmeriTeam Services, LLC, TeamHealth Inc. n/k/a Team Health, LLC, and HCFS Health Care Financial Services, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| SIA FRASER, TRICIA BAKONYI, GABRIELLE DIBELLA, and KATJA FIUME, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, TEAMHEALTH, INC. n/k/a TEAM HEALTH, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC,<br><br>Defendants. | Civil Action No.  4:20-cv-04600-JSW<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE FOR JENNIFER H. LEE FOR DEFENDANTS TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, TEAMHEALTH, INC. n/k/a TEAM HEALTH, LLC, HCFS HEALTH CARE FINANCIAL SERVICES, LLC**<br><br>Assigned to Hon. Jeffrey S. White<br><br>**JURY TRIAL DEMANDED** |

PLEASE TAKE NOTICE that the following attorney from Sidley Austin LLP hereby files this Notice of Appearance in the above-captioned case on behalf of Defendants Team Health Holdings, Inc., Ameriteam Services, LLC, TeamHealth, Inc. n/k/a Team Health, LLC, and HCFS Health Care Financial Services, LLC.  All pleadings, motions, discovery, and other material should be served upon counsel at the following address:

>Jennifer H. Lee
>jhlee@sidley.com
>SIDLEY AUSTIN LLP
>555 California Street, Suite 2000
>San Francisco, CA 94104
>Telephone: (415) 772-1200
>Facsimile: (415) 772-7400

Respectfully submitted,

Dated: December 18, 2020          */s/ Jennifer H. Lee*

Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Jennifer H. Lee (SBN 329079)
jhlee@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (admitted *pro hac vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendants Team Health Holdings, Inc., AmeriTeam Services, LLC, TeamHealth Inc. n/k/a Team Health, LLC, and HCFS Health Care Financial Services, LLC*