| | |
|---|---|
| Carol Lynn Thompson (SBN 148079) | Mark B. Blocker (*Pro Hac Vice*) |
| cthompson@sidley.com | mblocker@sidley.com |
| Jaime A. Bartlett (SBN 251825) | SIDLEY AUSTIN LLP |
| jbartlett@sidley.com | One South Dearborn |
| Matthew P. Henry (SBN 308878) | Chicago, IL 60603 |
| mhenry@sidley.com | Telephone: (312) 853-7000 |
| Jennifer H. Lee (SBN 329079) | Facsimile: (312) 853-7436 |
| jhlee@sidley.com | |
| SIDLEY AUSTIN LLP | |
| 555 California Street, Suite 2000 | |
| San Francisco, CA 94104 | |
| Telephone: (415) 772-1200 | |
| Facsimile: (415) 772-7400 | |

*Attorneys for Defendants Team Health Holdings, Inc., AmeriTeam Services, LLC, TeamHealth Inc. n/k/a Team Health, LLC, and HCFS Health Care Financial Services, LLC*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND

| | |
|---|---|
| SIA FRASER, TRICIA BAKONYI, GABRIELLE DIBELLA, and KATJA FIUME, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, TEAMHEALTH, INC. n/k/a TEAM HEALTH, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC, <br><br> Defendants. | Civil Action No. 4:20-cv-04600-JSW <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Date: March 26, 2021 <br> Time: 9:00 a.m. <br> Judge: Hon. Jeffrey S. White <br> Courtroom: 5, 2nd Floor <br><br> **JURY TRIAL DEMANDED** |

DECLARATION OF JAIME A. BARTLETT ISO DEFENDANTS' MOTION TO DISMISS
FIRST AMENDED COMPLAINT, CASE NO. 4:20-CV-04600-JSW

I, Jaime A. Bartlett, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner with the law firm of Sidley Austin LLP, counsel of record for Defendants Team Health Holdings, Inc., AmeriTeam Services, LLC, TeamHealth Inc. n/k/a Team Health, LLC, and HCFS Health Care Financial Services, LLC in the above case. This declaration is submitted in support of Defendants' Motion to Dismiss. The facts set forth in this declaration are within my personal knowledge. If called as a witness, I could and would competently testify as follows.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a booklet entitled *Survey of Charges Billed by Out-of-Network Providers: A Hidden Threat to Affordability*, by America's Health Insurance Plans, dated January 2013, available at https://bit.ly/2WRTOP6 (last accessed September 22, 2020).

3. Attached hereto as **Exhibit 2** is a true and correct copy of a print-out of an article by Courtney Robinson, 10 Tampa Bay, *Some Physicians at Tampa General Hospital Take Pay Cut Because of Health Care Costs*, dated February 4, 2020, available at https://www.wtsp.com/article/news/investigations/10-investigates/tampa-general-hospital-pay-cuthealth-care/67-e330d676-db40-4454-a647-5985eba6ccc3 (last accessed September 22, 2020).

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from Team Health Holdings, Inc.'s President and Chief Executive Officer Leif Murphy to Senate Bi-Partisan Workgroup regarding Request for Data and Information on Surprise Medical Billing, dated March 13, 2019, available at https://www.documentcloud.org/documents/6568825-TeamHealth-Letter.html (last accessed September 22, 2020).

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Supplemental Declaration of John R. Stair, dated June 22, 2020 and attached to the Motion to Dismiss Second Amended Class Action Complaint in *Sanchez v. Team Health, LLC*, No. 1:18-cv-21174 (S.D. Fla.), ECF No. 79-3.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a print-out of the FAIR Health Database website showing estimated average out-of-network/uninsured price for CPT Code 99285 in zip code 78704, CPT Code 99284 in zip code 13202, CPT Code 99284 in zip code 91942,

and CPT Code 99220 in zip code 92056, available at https://www.fairhealthconsumer.org/medical (last accessed December 15, 2020).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 18th day of December, 2020, at Alameda, California.

*/s/ Jaime A. Bartlett*
Jaime A. Bartlett

## **ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 18, 2020     /s/ *Carol Lynn Thompson*
                              Carol Lynn Thompson