# EXHIBIT 5

# DECLARATION OF JAIME A. BARTLETT

# IN SUPPORT OF MOTION TO DISMISS
# FIRST AMENDED COMPLAINT





Total Cost Related to

**Emergency department visit, problem with significant threat to life or function**
**CPT Code 99285**

Austin, TX 78704

Print | Understand your costs

TOTAL $1,370 — Out-of-Network/ Uninsured Price

TOTAL $553 — In-Network Price

Cost | Questions to Ask | Learn

See out-of-network Reimbursement | Search Again

## Primary Medical Procedure

Emergency department visit, problem with significant threat to life or function
**CPT Code : 99285**

| | Out-of-Network/ Uninsured Price | In-Network Price |
|---|---|---|
| | $1,370 | $553 |

Remove from Total Cost

## Related Costs (if Applicable)

Add to Total Cost

| | Out-of-Network/ Uninsured Price | In-Network Price |
|---|---|---|
| Related Costs (if Applicable) | $0 | N/A |
| Primary Medical Procedure | $1,370 | $553 |
| **Total Costs** | **$1,370** | **$553** |

View cost estimates for this procedure in surrounding zip codes

* N/A means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.

FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government programs like Medicare, Medicaid or military plans like Tricare. But, they may be helpful if you're comparing costs for Medicare Advantage Plans, where you often pay more if you go outside your plan network.

Current Procedural Terminology Codes ("CPT") displayed on the Site are owned and copyrighted by the American Medical Association ("AMA") and licensed to FAIR Health.

FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.

Prices are based on FH® Benchmarks

**FAIR Health** Consumer

Insurance Basics | Resources | Shared Decision Making | Quality | Glossary | About Us

Español | **English** ⊘

Total Cost Related to
**Emergency department visit, problem of high severity**
**CPT Code 99284**
Syracuse, NY 13202

🖶 Print  ▶ Understand your costs

**TOTAL**
**$846**
Out-of-Network/ ❓
Uninsured Price

**TOTAL**
**$339**
In-Network Price ❓

| Cost | Questions to Ask | Learn |

$ See out-of-network reimbursement     ↻ Search Again

| | Out-of-Network/ Uninsured Price | In-Network Price |
|---|---|---|
| **Primary Medical Procedure** Emergency department visit, problem of high severity **CPT Code : 99284** | **$846** | **$339** |

⊠ Remove from Total Cost

◠ Related Costs (if Applicable)

⊞ Add to Total Cost

| | | |
|---|---|---|
| Related Costs (if Applicable) | $0 | N/A |
| Primary Medical Procedure | $846 | $339 |
| **Total Costs** | **$846** | **$339** |

☑ View cost estimates for this procedure in surrounding zip codes

* N/A        means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.
FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government programs like Medicare,
Medicaid or military plans like Tricare. But, they may be helpful if you're comparing costs for Medicare Advantage Plans, where you often pay more if you go outside your plan
network.
Current Procedural Terminology Codes ("CPT") displayed on the Site are owned and copyrighted by the American Medical Association ("AMA") and licensed to FAIR Health.
FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.
Prices are based on FH® Benchmarks



**FAIR Health** Consumer   ⊕   ⊗   Insurance Basics   Resources   Shared Decision Making   Quality   Glossary   About Us   ✉   🔍   Español   English ⊘

Total Cost Related to
**Emergency department visit, problem of high severity**
**CPT Code 99284**
La Mesa, CA 91942

🖨 Print   ▶ Understand your costs

**TOTAL** $715
Out-of-Network/ ❓
Uninsured Price

**TOTAL** $330
In-Network Price ❓

| Cost | Questions to Ask | Learn |
|---|---|---|

$ See out-of-network Reimbursement      ⟳ Search Again

| | Out-of-Network/ Uninsured Price | In-Network Price |
|---|---|---|
| **Primary Medical Procedure** Emergency department visit, problem of high severity **CPT Code : 99284** | $715 | $330 |

☒ Remove from Total Cost

### ⌃ Related Costs (if Applicable)

| | | |
|---|---|---|
| | $1,375 | $1,650 |

➕ Add to Total Cost

| | | |
|---|---|---|
| Related Costs (if Applicable) | $0 | N/A |
| Primary Medical Procedure | $715 | $330 |
| **Total Costs** | **$715** | **$330** |

✔ View cost estimates for this procedure in surrounding zip codes

\* N/A   means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.
FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government programs like Medicare, Medicaid or military plans like Tricare. But they may be helpful if you're comparing costs for Medicare Advantage Plans, where you often pay more if you go outside your plan network.
Current Procedural Terminology Codes ("CPT") displayed on the Site are owned and copyrighted by the American Medical Association ("AMA") and licensed to FAIR Health.
FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.
Prices are based on FH® Benchmarks.



* N/A      means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.

FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government programs like Medicare, Medicaid or military plans like Tricare. But, they may be helpful if you're comparing costs for Medicare Advantage Plans, where you often pay more if you go outside your plan network.

Current Procedural Terminology Codes ("CPT") displayed on the Site are owned and copyrighted by the American Medical Association ("AMA") and licensed to FAIR Health.

FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.

Prices are based on FH® Benchmarks.