Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Jennifer H. Lee (SBN 329079)
jhlee@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (admitted *pro hac vice*)
mblocker@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7436

*Attorneys for Defendants Team Health Holdings, Inc., AmeriTeam Services, LLC, TeamHealth Inc. n/k/a Team Health, LLC, and HCFS Health Care Financial Services, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| SIA FRASER, TRICIA BAKONYI, GABRIELLE DIBELLA, and KATJA FIUME, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, TEAMHEALTH, INC. n/k/a TEAM HEALTH, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC,<br><br>Defendants. | Civil Action No. 4:20-cv-04600-JSW<br><br>CLASS ACTION<br><br>**DECLARATION OF PAULA DEAROLF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date: March 26, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 5, 2nd Floor<br><br>**JURY TRIAL DEMANDED** |

I, Paula Dearolf, declare as follows:

1. I am an Executive Vice President, Revenue Cycle Operations, for HCFS Health Care Financial Services, LLC ("HCFS").  In that role, I am responsible for the day to day oversight of revenue cycle operations which includes working with emergency department billing centers in connection with coding and billing services. I have worked at HCFS for 26 years.  This declaration is submitted in support of Defendants' Motion to Dismiss. The facts set forth in this declaration are within my personal knowledge. If called as a witness, I could and would competently testify as follows.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a Tri-City Medical Center Conditions of Admission Form, signed by Sia Fraser and dated September 30, 2019.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a bill from Team Physicians of Southern California Medical Group, Inc. to Sia Fraser, dated October 15, 2019.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a bill from Longhorn Emergency Medical Associates, PA to Tricia Bakonyi, dated July 7, 2020.

5. HCFS submitted a claim to Ms. Bakonyi's insurer, United Healthcare, for reimbursement as an out-of-network charge.  United Healthcare denied the claim on the grounds that the service provided was coded incorrectly.  In order to appeal that decision, HCFS had to obtain authorization from Ms. Bakonyi.  HCFS sent her a bill in connection with obtaining such authorization for an appeal to United Healthcare.  Ms. Bakonyi authorized both a first level and second level appeal, which was filed on September 8, 2020, and is still pending.  During a telephone call on July 16, 2020, HCFS informed Ms. Bakonyi that it was not seeking payment from her, and was seeking reimbursement from her insurer, United Healthcare.

6. As of the date of this declaration, HCFS's records for Ms. Bakonyi show that she has made no payments in connection with her bill.  Ms. Bakonyi also has not been reported to any credit agency for failure to pay her medical bill.

7. Attached hereto as **Exhibit 4** is a true and correct copy of a bill from Emergency Care Services of New York, PC to Gabrielle DiBella, dated July 12, 2020.

8. Based on a review of records related to Ms. DiBella, she did not inform HCFS or the medical provider who provided her care that she was insured by Blue Cross Blue Shield.

9. In addition, HCFS's records indicate that Ms. DiBella has made no contact with HCFS regarding her bill.

10. As of the date of this declaration, HCFS's records for Ms. DiBella show that she has made no payments in connection with her bill and she has not been reported to any credit agency for failure to pay.

11. Attached hereto as **Exhibit 5** is a true and correct copy of a bill from Team Physicians of Northern California Medical Group, Inc. to Katja Fiume, dated July 6, 2020.

12. It was later determined that Ms. Fiume qualified for payment of her claim pursuant to California's AB75 program because she was indigent and lacked insurance, and she had made no payments on her bill for 90 days.  A claim was submitted to the AB75 program on September 28, 2020.  Ms. Fiume is not liable for any amount in connection with her bill once submitted through the AB75 program.  Pursuant to the program terms, the provider agrees to accept the amount paid through the program.

13. As of the date of this declaration, HCFS's records for Ms. Fiume show that she has made no payments in connection with her bill and she has not been reported to any credit agency for failure to pay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of December, 2020, at Knoxville, Tennessee.

　　　　　　　　　　　　　　　　　　*/s/ Paula Dearolf*
　　　　　　　　　　　　　　　　　　Paula Dearolf

**ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 18, 2020            /s/ *Carol Lynn Thompson*
                                    Carol Lynn Thompson