# EXHIBIT 2

# DECLARATION OF PAULA DEAROLF

# IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

ALCOA BILLING CENTER
3429 REGAL DR
ALCOA TN 37701-3265

Patient Name: SIA T FRASER

**PHYSICIAN SERVICES RENDERED AT: TRI-CITY MEDICAL CENTER**

79560163-527-5270
PS ▲ 000000
SIA T FRASER       T1 P1

VISTA CA 92081

01800079560163203452743338052702001082 0070

**DETACH AND RETURN THIS COUPON WITH THE REVERSE SIDE COMPLETED TO PAY BY CREDIT CARD, TO PROVIDE INSURANCE INFORMATION OR FOR CHANGE OF ADDRESS.**

Credit card charges will appear as "Team Health"

TEAM PHYSICIANS OF SOUTHERN CA
DEPT: A ☐  B ☐  C ☐  (check one - see reverse)   527
3429 REGAL DR
ALCOA TN 37701-3265

↑ *Detach Here* ↑
FOR CREDIT CARD OR INSURANCE UPDATES

| DATE | INVOICE# | DESCRIPTION | PROVIDER | DEBITS | CREDITS |
|---|---|---|---|---|---|
| 09/30/19 | 249230040 | OBSERVATION CARE | | $1,082.00 | |

THIS IS YOUR PHYSICIAN SERVICES BILL AND IS SEPARATE FROM THE HOSPITAL BILL

| ACCOUNT NUMBER: | STATEMENT DATE: 10/15/19 | TOTAL NOW DUE: $1,082.00 |
|---|---|---|

PLEASE REMIT BALANCE DUE. IF YOU HAVE INSURANCE COVERAGE OR WANT TO PAY BY CREDIT CARD, VISIT OUR WEBSITE AT WWW.THBILLPAY.COM OR COMPLETE THE BACK OF THIS STATEMENT OR SEND A COPY (FRONT AND BACK) OF YOUR INS CARD.

» **VISIT WWW.THBILLPAY.COM TO MAKE PAYMENTS OR UPDATE INFORMATION** «
CALL **1-888-952-6772** TO SPEAK TO A REPRESENTATIVE MONDAY - FRIDAY, 8AM - 8PM, SATURDAY 10AM-3PM EST

↓ *Detach Here* ↓
TO PAY BY CHECK

**PAYMENT COUPON - RETURN WHEN PAYING BY CHECK OR MONEY ORDER**

PATIENT NAME: SIA T FRASER    ACCT#: _____    CHECK#: _____    AMT PAID: _____

PHYSICIAN SERVICES RENDERED AT: TRI-CITY MEDICAL CENTER

DO NOT STAPLE OR TAPE YOUR CHECK OR MONEY ORDER TO THIS COUPON

☐ CHECK HERE FOR CHANGE OF ADDRESS

**MAKE CHECKS PAYABLE TO:**

79560163-527-5270
Sia T Fraser

Vista CA 92081

TEAM PHYSICIANS OF SOUTHERN CA
PO BOX 740023
CINCINNATI OH 45274-0023    527

01800079560163203452743338052702001082 0070