# EXHIBIT 3

# DECLARATION OF PAULA DEAROLF

# IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT



This bill is separate from your hospital bill.
It covers physician services rendered at

## St Davids South Austin Medical Center

Patient: Tricia Bakonyi
Account number: ▓▓▓▓▓▓
Bill ID: ▓▓▓▓▓▓
Printed on: Jul 7, 2020

Difficulty paying your bill? Visit pay.teamhealth.com to learn about 0% interest payment plans and more ways to resolve your balance.

# You owe $1,370.00 due on Jul 19, 2020

SEE BACK FOR DETAILS →

| | |
|---|---|
| Total billed: | $1,370.00 |
| Total amount due: | **$1,370.00** |

---

✂ CUT AND SEND AREA BELOW

## Ways to Pay

### Online

Pay via desktop or mobile with credit card, e-check or Apple Pay by visiting:
**pay.teamhealth.com**

Bill ID: 



**Pay online via QR code.**
Just point your phone's camera at the code to scan. Some phones may require a QR code app.

### Call or Mail

Call us: **(888) 580-2688**

Mail **check or money order** with the lower portion of your bill to the address shown on the reverse side of this bill.
**Do NOT send cash.**

### Questions?

Chat: **pay.teamhealth.com**

Call us: **(888) 580-2688**

Mon-Fri 8AM to 8PM,
Sat 10AM to 3PM EDT

# Your visit(s) to St Davids South Austin Medical Center on September 30, 2019

| Visit Info | Service | Amount Due |
|---|---|---|
| 09/30/19<br>St Davids South Austin Medical Center | Emergency department visit - 99285 | 1,370.00 |

| | |
|---|---|
| Subtotal billed | $1,370.00 |
| Insurance covered | - $0.00 |
| **Amount you owe** | **$1,370.00** |

## Bill Summary

| | |
|---|---|
| TOTAL BILLED | $1,370.00 |

## Your Responsibility $1,370.00

View billing rights at: https://pay.teamhealth.com/rights/

✂ CUT AND SEND AREA BELOW

| | |
|---|---|
| Account Holder | Tricia Bakonyi |
| Account Number | |
| Bill Amount | $1,370.00 |

MAKE CHECK PAYABLE & MAIL TO:

LONGHORN EMERG MED ASSOC, PA
PO BOX 740021
Cincinnati, OH 45274-0021

0180007601827250181474333814701300137000bb