# EXHIBIT 5

# DECLARATION OF PAULA DEAROLF

# IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

**TEAM**Health.

This bill is separate from your hospital bill.
It covers physician services rendered at

**Sharp Grossmont Hospital**

| | |
|---|---|
| Patient: | Katja Fiume |
| Account number: | |
| Bill ID: | |
| Printed on: | Jul 6, 2020 |

Difficulty paying your bill? Visit pay.teamhealth.com to learn about 0% interest payment plans and more ways to resolve your balance.

# You owe $715.00 due on Jul 18, 2020

SEE BACK FOR DETAILS →

| | |
|---|---|
| Total billed: | $715.00 |
| Total amount due: | $715.00 |

✂ CUT AND SEND AREA BELOW

## Ways to Pay

### 🖥 Online

Pay via desktop or mobile with credit card, e-check or Apple Pay by visiting:
**pay.teamhealth.com**

Bill ID: 



**Pay online via QR code.**
Just point your phone's camera at the code to scan. Some phones may require a QR code app.

### ✉ Call or Mail

Call us: **(888) 580-2688**

Mail **check or money order** with the lower portion of your bill to the address shown on the reverse side of this bill.
**Do NOT send cash.**

### ❓ Questions?

Chat: **pay.teamhealth.com**

Call us: **(888) 580-2688**

Mon-Fri 8AM to 8PM,
Sat 10AM to 3PM EDT

# Your visit(s) to Sharp Grossmont Hospital on June 13, 2020

| Visit Info | Service | Amount Due |
|---|---|---|
| 06/13/20<br>Sharp Grossmont Hospital | Emergency department visit - 99284 | 715.00 |

| | |
|---|---|
| Subtotal billed | $715.00 |
| Insurance covered | - $0.00 |
| **Amount you owe** | **$715.00** |

## Bill Summary

| | |
|---|---|
| TOTAL BILLED | $715.00 |

## Your Responsibility — $715.00

View billing rights at: https://pay.teamhealth.com/rights/

✂ CUT AND SEND AREA BELOW

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Account Holder | Katja Fiume |
| Account Number | ▮▮▮▮▮▮ |
| Bill Amount | $715.00 |

MAKE CHECK PAYABLE & MAIL TO:

TEAM PHYS OF NORTHRN CA MED GRP, INC
PO BOX 740023
Cincinnati, OH 45274-0023

0180008313173750345238333852301700071500033