UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| SIA FRASER, TRICIA BAKONYI, GABRIELLE DIBELLA, and KATJA FIUME, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, TEAMHEALTH, INC. n/k/a TEAM HEALTH, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC,<br><br>Defendants. | Civil Action No. 4:20-cv-04600-JSW<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:   March 26, 2021<br>Time:  9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom:   5, 2nd Floor<br><br>**JURY TRIAL DEMANDED** |

1  Having read and considered Defendants' Motion to Dismiss, Defendants' Request for
2  Judicial Notice in support of the Motion, all other papers submitted in support of and in opposition to
3  the Motion, as well as the pleadings on file and any oral argument provided, the Court rules as
4  follows:
5  The Defendants' Motion to Dismiss is granted with prejudice, and the First Amended
6  Complaint is dismissed for failure to state a claim upon which relief can be granted pursuant to
7  Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Civil Procedure 9(b).
8  **IT IS SO ORDERED.**

10  Dated: _____, 2021             _____
                                               Hon Jeffrey S. White
11                                             United States District Judge