UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIA FRASER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TEAM HEALTH HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 4:20-cv-04600-JSW <br><br> **CLERK'S NOTICE CONTINUING HEARING ON MOTION TO DISMISS** <br><br> Re: Dkt. No. 51 |

YOU ARE HEREBY NOTIFIED that on **April 23, 2021 at 9:00 a.m.,** the HONORABLE JEFFREY S. WHITE will conduct the Motion to Dismiss previously noticed for March 26, 2021, in this matter.

Dated: March 2, 2021

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
jswcrd@cand.uscourts.gov