Steve W. Berman (admitted *pro hac vice*)
Craig R. Spiegel (SBN 122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
craigs@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Craig L. Briskin (admitted *pro hac vice*)
Benjamin D. Elga (*pro hac vice* forthcoming)
JUSTICE CATALYST LAW, INC.
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
cbriskin@justicecatalyst.org
belga@justicecatalyst.org
Telephone: (202) 524-8846

*Attorneys for Plaintiffs, individually
and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| SIA FRASER, TRICIA BAKONYI, GABRIELLE DIBELLA, and KATIA FIUME, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES LLC, TEAMHEALTH INC., n/k/a TEAM HEALTH, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC,<br><br>Defendant. | Civil Action No. 4:20-cv-04600-JSW<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF BRIAN J. SHEARER** |

PLEASE TAKE NOTICE THAT the undersigned requests that Brian J. Shearer be withdrawn as counsel for Plaintiffs Sia Fraser, Tricia Bakonyi, Gabrielle DiBella and Katia Fiume. All other attorneys from Justice Catalyst Law will continue to represent Plaintiffs.

Dated: March 3, 2021

Respectfully submitted,

By */s/ Craig L. Briskin*
   Craig L. Briskin

Craig L. Briskin (admitted *pro hac vice*)
JUSTICE CATALYST LAW, INC.
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
cbriskin@justicecatalyst.org
belga@justicecatalyst.org
Telephone: (202) 524-8846

Steve W. Berman (admitted *pro hac vice*)
Craig R. Spiegel (SBN 122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Ben M. Harrington (SBN 313877)
Rio S. Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com
Email: riop@hbsslaw.com

Hannah Brennan (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
hannahb@hbsslaw.com
Telephone: (617) 482-3700
Facsimile: (617) 482-3003