Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SIA FRASER )
 )  Case No: 4:20-cv-04600-JSW
 )
          Plaintiff(s), )
 )  **APPLICATION FOR**
       v. )  **ADMISSION OF ATTORNEY**
 )  **PRO HAC VICE**
TEAM HEALTH HOLDINGS, INC. )  (CIVIL LOCAL RULE 11-3)
 )
          Defendant(s). )

I, Benjamin D. Elga, an active member in good standing of the bar of S.D.N.Y, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Sia Fraser, et al. in the above-entitled action. My local co-counsel in this case is Ben M. Harrington, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 81 Prospect Street, 7th Floor<br>Brooklyn, NY 11201 | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| My telephone # of record:<br>(518) 732-6703 | Local co-counsel's telephone # of record:<br>(510) 725-3000 |
| My email address of record:<br>belga@justicecatalyst.org | Local co-counsel's email address of record:<br>benh@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: BE-5915.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 3/3/2021

Benjamin D. Elga
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin D. Elga is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 4, 2021

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE   *October 2012*

PRO HAC VICE APPLICATION & ORDER