UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIA FRASER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-04600-JSW<br><br>**ORDER VACATING HEARING AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 51 |

This matter is scheduled for a hearing on April 23, 2021 to consider Defendants' motion to dismiss Plaintiffs' First Amended Complaint. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. Accordingly, it VACATES the hearing.

Plaintiffs have asserted a RICO claim, and allege venue is proper pursuant to 28 U.S.C. sections 1391(b) and (c) and pursuant to 18 U.S.C. section 1965(a). The only connection to this District is that one of the alleged members of the RICO enterprise, TeamHealth West, which owns the provider group that provided care to Plaintiff Sia Fraser, is located in Pleasanton, California. None of the Plaintiffs and none of the named Defendants reside within this District. While venue may be proper, the Court ORDERS the parties to show cause why this case should not be transferred pursuant to 28 U.S.C. section 1404(a). *See Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1998) (Courts may "transfer a case *sua sponte* under the doctrine of forum non conveniens, as codified at 28 U.S.C. § 1404(a), so long as the parties are first given the opportunity to present their views on the issue.").

The parties shall file their responses on May 3, 2021, which shall not exceed ten (10) pages. They may respond to the opposing parties' response by May 10, 2021, which also shall not

exceed ten (10) pages.  Once those responses are on file, the Court will deem the matter submitted and issue written ruling.

**IT IS SO ORDERED**.

Dated: April 19, 2021

_____
JEFFREY S. WHITE
United States District Judge