UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIA FRASER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TEAM HEALTH HOLDINGS, INC., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-04600-JSW<br><br>**ORDER TO SHOW CAUSE** |

On March 31, 2022, the Court granted Defendants' motion to dismiss with leave to amend. (Dkt. No. 72.) The Court ordered Plaintiffs to file any amended complaint by April 21, 2022. (*Id*.) Plaintiffs did not amend their complaint in the time provided and still have not amended it. Accordingly, the Court ORDERS Plaintiffs to SHOW CAUSE, in writing, on or before May 26, 2022, why this case should not be dismissed for failure to prosecute. The Court advises Plaintiffs that a failure to respond to the Order to Show Cause by May 26, 2022, will result in a dismissal of the case with prejudice pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: April 28, 2022

_____
JEFFREY S. WHITE
United States District Judge