UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIA FRASER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-04600-JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING CASE** |

The Court has received Plaintiffs' response to the Order to Show Cause dated April 28, 2022. Plaintiffs have informed the Court of their decision not to file an amended complaint. The Court finds good cause to discharge the order to show cause without imposing the sanction of Rule 41(b) dismissal. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir. 2004) (noting that dismissal under Rule 41(b) is a sanction to be imposed only in "extreme circumstances.").

In light of Plaintiffs' choice not to amend the complaint, the Court HEREBY DISMISSES the case for the reasons stated in the Court's order granting Defendants' motion to dismiss. (*See* Dkt. No. 72.) A separate judgment will issue, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 16, 2022

_____
JEFFREY S. WHITE
United States District Judge