UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIA FRASER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TEAM HEALTH HOLDINGS, INC., et al.,<br><br>　　　　Defendants. | Case No.  20-cv-04600-JSW<br><br>**JUDGMENT** |

　　Pursuant to the order issued May 16, 2022 dismissing the case, the Court HEREBY ENTERS judgment in favor of Defendants and against Plaintiffs.

　　**IT IS SO ORDERED.**

Dated: May 16, 2022

_____
JEFFREY S. WHITE
United States District Judge